**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 16, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00341-CV

---

### IN RE LETICIA MONCUR, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-82536**

---

## MEMORANDUM OPINION

On April 26, 2019, relator Leticia Moncur filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sonya L. Heath, presiding judge of the 310th District Court of Harris County, to set aside her order

denying relator's motion for continuance, to rule on relator's motion to compel, and to conduct a hearing pursuant to Rule 308b of the Texas Rules of Civil Procedure.[1]

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for emergency relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.

---

[1] *See* Tex. R. Civ. P. 308b.